IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 9, 2008

Charles R. Fulbruge III
Clerk

No. 07-11048

J. LEE MILLIGAN, INC.

Plaintiff-Appellee

v.

CIC FRONTIER, INC.

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:06-CV-00207

Before SMITH, WIENER, and HAYNES, Circuit Judges.

PER CURIAM:[*]

On August 19, 2008, this Court affirmed the final judgment of the District Court except for a limited remand on the amount of appellate attorneys' fees. The parties have reached an agreement on the amount and all fees have been paid. This court now enters judgment based on the August 19th, 2008 opinion and grants the motion to dismiss.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.